*Lauret A Millandon* v. *Charles Brugiere et al.* B. W. BONNEY, for appellant; J. B. KISSAM, for respondent. Order of the vice chancellor, directing the costs of defendant Selden, to be paid out of the surplus moneys arising from the sale of mortgaged premises reversed, and petition dismissed, with costs as to defendant Waddell.

*John Ray* v. *Mary Reed et al.* R. M. TOWNSEND, for complainant; J. E. TAYLOR, for defendant. Motion for receiver denied with costs.

*Thomas W. Moseley et al.* v. *Thomas Firth Green et al.* O. L BARBOUR, for appellant; J. RHOADES, for respondent. Order of the vice chancellor of the first circuit appointing a receiver of the copartnership effects of the late firm of Green and Morley, affirmed with costs.

*The New York Life Insurance and Trust Co.* v. *Tartullus Goff et al.* J. V. L. PRUYN, for complainants; J. RHOADES, for respondents. Application to open order closing proofs, and to extend the time to take testimony forty days, on payment of costs within twenty days after service of taxed bill.